IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDDIE WILSON,**

    Petitioner,

v.                                    Case No. 4:19cv295-MW/HTC

**KEETON CORRECTIONS INSTITUTE,**

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on August 12, 2019.**

                                          s/Mark E. Walker       
                                          **Chief United States District Judge**

---

[1] Petitioner has failed to keep the Clerk advised of his mailing address as evidenced by returned mail. ECF No. 5.